AO 91 (Rev 11/11)  Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Sean Rafeal HALL<br><br>*Defendant(s)* | Case No.  2:22-mj-529 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 16, 2022__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S. Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.
  Via FaceTime.

Date:  8-1-22

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge

City and state:  Columbus Ohio

**PROBABLE CAUSE AFFIDAVIT**
**Sean Rafeal HALL**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Sean Rafeal HALL hereinafter referred to as HALL for knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that HALL committed this offence.

4. According to a CPD report that I have reviewed, on or about June 16, 2022, uniformed CPD officers were in the parking lot of 1120 Morse Rd., Columbus, Ohio when they heard a gunshot.

5. Officers drove to the area where they heard the gunshot come from and observed HALL running across Maize Rd. Officers activated their beacons and sirens. HALL continued to run from officers. Officers were able to take custody of HALL in the front yard of 4574 Maize Rd.

6. Officers asked HALL where the gun was, and he replied in his pocket. Officers recovered a loaded Glock 42 .380 caliber pistol serial number AFAA476 from HALL's pocket.

7. Officers not involved in the chase of HALL located a gunshot victim was lying on Morse Rd. The victim had a gunshot to their leg. The victim refused to speak with detectives.

8. HALL was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County Ohio Court of Common Pleas Case 08CR005314 for possession of drugs.
    b. United States District Court for the Southern District of Ohio Case 2:14CR86 for conspiracy to possess marijuana.

9. Records from the United States District Court for the Southern District of Ohio Case 2:14CR86 show that on or about January 16, 2015, HALL was sentenced to forty-eight (48) months of incarceration.

AO 91 (Rev. 3/99) Criminal Complaint  Case: 2:22-mj-00529-EPD Doc #: 1 Filed: 08/01/22 Page: 3 of 3  PAGEID #: 3

**PROBABLE CAUSE AFFIDAVIT**
**Sean Rafeal HALL**

10. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by HALL on or about June 16, 2022, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

11. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

12. Based on this information, your affiant believes probable cause exists that HALL knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, Glock 42 .380 caliber pistol serial number AFAA476 and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

_____
ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of  1st , August, 2022 , at  4:20 P.M., Columbus, Ohio.



Elizabeth A. Preston Deavers
United States Magistrate Judge